EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Juan A. Morales Lozada | 2015 TSPR 113 <br><br> 193 DPR ____ |

Número del Caso: TS-10,000

Fecha: 19 de agosto de 2015

Abogado del peticionario:

       Lcdo. Virgilio Mainardi Peralta

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Juan A. Morales Lozada

TS-10,000

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 19 de agosto de 2015.

Examinada la solicitud de reinstalación presentada por el Sr. Juan A. Morales Lozada, ha lugar. Se autoriza la reinstalación del señor Morales Lozada al ejercicio de la abogacía.

Se le apercibe al señor Morales Lozada que en lo sucesivo deberá observar fielmente las normas establecidas en nuestro Código de Ética Profesional y asuma una conducta, tanto profesional como personal, que esté a tono con el profesionalismo, orden y respeto a las leyes y reglamentos que se espera de todo abogado y abogada.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal. La Jueza Asociada Oronoz Rodríguez inhibida.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo